**Dated: February 6, 2019**

**The following is ORDERED:**



*Tom R. Cornish*
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the Matter Of** ) | |
|   OWEN M STAVELEY ) | **Case No.** 17-81250 |
|     xxx-xx-6998 ) | **Chapter 13** |
|   ANGELA M STAVELEY ) | |
|     xxx-xx-5196 ) | |
|   107253 S 4170 ROAD ) | |
|   CHECOTAH, OK 74426 ) | |
|          Debtor(s). ) | |

**ORDER FOR WAGE DEDUCTION – (Co-Debtor)**

_____
**Employee: ANGELA M STAVELEY, SS# xxx-xx-5196**
**Employer: Checotah Public Schools,P.O. Box 289,,Checotah, OK, 74426-**
**Attn: Payroll Department**_____

    The Employee (named above) is voluntarily repaying debts under Chapter 13 of the U. S. Bankruptcy Code. The Employee is required to have part of his (her) future income deducted from wages in order to repay these debts. You, the employer (named above) may be ordered to make such wage deductions by authority of 11 U.S.C. § 1325(c).

    **IT IS THEREFORE ORDERED** that beginning with the first pay period following receipt of this Order, and continuing until further order, the Employer shall, without fee or charge, Deduct $ **2,409.38** per month from the Employee's wages, and at least once monthly remit all sums withheld by check or electronically via ACH or wire transmission made payable to,

                  **Office of Standing Chapter 13 Trustee, EDO**
                            **P.O. Box 720423**
                            **Norman, OK 73070**

and note on the check the Employee's name and case number; 17-81250. If remitting only once per month **funds must be submitted no later than the 20th of each month.**

                            **MOVANT TO NOTICE INTERESTED PARTIES**
                                        ###